

# United States District Court
## Southern District of Ohio at Cincinnati

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**MICHAEL ESSELMAN** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Criminal Number: 1:07-CR-076<br><br>USM Number: 63608-004<br><br>Karen Savir, Esq.<br>Defendant's Attorney |

**THE DEFENDANT:**
[✔] admitted guilt to violation of condition(s) <u>One, Two and Three</u> of the term of supervision.
[ ] was found in violation of condition(s) ___ after denial or guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| See next page. | | |

    The defendant is sentenced as provided in pages 2 through <u>3</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

    IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:**1209**

Defendant's Year of Birth: **1972**

City and State of Defendant's Residence
**Warren County Jail
550 Justice Drive
Lebanon, OH 45036**

June 6, 2012
Date of Imposition of Sentence

Signature of Judicial Officer

**SANDRA S. BECKWITH**, United States Senior District Judge
Name & Title of Judicial Officer

6/6/12
Date

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| One | | Defendant admitted to ongoing use of an illicit substance since at least June 2011, and reported for substance abuse group session under the influence on August 31. |
| Two | | Failed to report for substance abuse treatment services on eleven occasions (September 7, August 23, August 18, August 17, August 10, August 9, July 26, July 27, July 6, June 15, and May 17, 2011). |
| Three | | Defendant was charged in state court with aggravated burglary, assault, aggravated menacing, and criminal damaging on September 8, 2011, and was later convicted of Burglary, a third degree felony, and sentenced to 12 months imprisonment. |

CASE NUMBER: 1:07-CR-076  Judgment - Page 3 of 3
DEFENDANT: MICHAEL ESSELMAN

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 20 Months to be served consecutively to the state sentence imposed in Warren County, Ohio.

[ ]   The court makes the following recommendations to the Bureau of Prisons:

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
      [ ] at ___ on ___.
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before 2:00 p.m. on _____.
      [ ] as notified by the United States Marshal but no sooner than
      [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on_____ to _____
at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By  _____
Deputy U.S. Marshal